IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TIRHAS GEBREYESUS TESFAMARIAM, <br><br> PLAINTIFF, <br><br> v. <br><br> U.S. CITIZENSHIP & IMMIGRATION SERVICE, <br><br> DEFENDANT. | Civil Case No. 4:25-cv-920-MJT |

## **AFFIDAVIT OF SERVICE**

I, Dan Gividen, hereby declare that pursuant to Federal Rule of Civil Procedure 4(i), on April 6, 2026, I caused to be served the following documents in the above-captioned matter:

- Summons;

- Plaintiff's Complaint; and

- Exhibits Attached to Filed Complaint.

On April 6, 2026, the aforementioned documents were served by certified mail, return receipt requested, on each of the defendants in accordance with the summons issued by the Clerk at the following address and with receipt provided on the following date:

| Defendant's Name & Service Address | Date of Delivery |
|---|---|
| U.S. Attorney's Office - EDTX <br> 550 Fannin <br> Suite 1250 <br> Beaumont, TX 77701 | In Transit |

**Affidavit of Service – Page 1**

| | |
|---|---|
| U.S. Attorney General<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | April 10, 2026 |
| U.S. Citizenship and Immigration Services<br>20 Massachusetts Avenue NW<br>Washington, DC 20529 | Attempted delivery: April 10, 2026 |

Additionally, the Summons, Complaint and Exhibits were sent electronically to Defendant, USCIS, at the Agency's email address designated for service, uscis.serviceofprocess@uscis.gov no later than April 10, 2026.

The foregoing is filed in accordance with the relevant federal and local rules, as well as in an effort to comply with the Court's orders related to service in the above-captioned matter.

RESPECTFULLY SUBMITTED,

*/s/ Dan Gividen*
Dan Gividen
Texas State Bar No. 24075434
18208 Preston Rd., Ste. D9-284
Dallas, TX 75252
972-256-8641
Dan@GividenLaw.com

**Affidavit of Service – Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served on the U.S. District Court and counsel for the government in accordance with the Federal Rules of Civil Procedure on April 10, 2026.

*/s/ Dan Gividen*
DAN GIVIDEN
Attorney for Defendant



**Tracking Number:**

**9589071052704094932848**

Copy    Add to Informed Delivery

Remove ✕

**Latest Update**

Your item arrived at our BEAUMONT TX DISTRIBUTION CENTER destination facility on April 10, 2026 at 2:17 am. The item is currently in transit to the destination.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Processing at Destination**

**Arrived at USPS Regional Destination Facility**

BEAUMONT TX DISTRIBUTION CENTER
April 10, 2026, 2:17 am

**In Transit to Next Facility**
April 9, 2026

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

**Affidavit of Service – Page 4**



**Tracking Number:**

**95890710527004094932824**

Copy    Add to Informed Delivery

Remove ✕

**Latest Update**

Your item was delivered to an individual at the address at 8:38 am on April 10, 2026 in WASHINGTON, DC 20529.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

✓ **Delivered**

**Delivered, Left with Individual**

WASHINGTON, DC 20529
April 10, 2026, 8:38 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

**Affidavit of Service – Page 5**



**Tracking Number:**

**9589071052704094932831**

Copy    Add to Informed Delivery

Remove ✕

**Latest Update**

We were unable to deliver your package at 10:23 am on April 10, 2026 in WASHINGTON, DC 20530 because the business was closed. We will redeliver on the next business day. No action needed.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivery Attempt**
**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
April 10, 2026, 10:23 am

**Arrived at Post Office**
WASHINGTON, DC 20018
April 10, 2026, 9:57 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

**Affidavit of Service – Page 6**